1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   OBIE L. CRISP, III,                              No.  2:15-cv-2265 KJN P (TEMP)

12                    Plaintiff,

13          v.                                        ORDER

14   F. UDO, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

18   Pursuant to Federal Rule of Civil Procedure 41(a), the court will honor plaintiff's request.

19          Accordingly, IT IS HEREBY ORDERED that:

20          1.  Plaintiff's motions to dismiss (Doc. Nos. 9 & 12) are granted; and

21          2.  This action is dismissed without prejudice.

22   Dated:  January 6, 2016

23

24                                                    KENDALL J. NEWMAN
                                                      UNITED STATES MAGISTRATE JUDGE
25

26   cris2265.59

27

28